```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 08163
   LOUIS MARTINEZ
   EVELYN G MARTINEZ                           CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER
            Debtor
   SSN XXX-XX-5891    SSN XXX-XX-1899

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/11/2006 and was confirmed 10/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.45%.

     The case was dismissed after confirmation 01/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY            407.00          .00           .00
INTERNAL REVENUE SERVICE UNSECURED           162.05          .00           .00
CITIMORTGAGE             CURRENT MORTG    26133.65           .00      26133.65
CITIMORTGAGE             MORTGAGE ARRE    19804.93           .00       3756.14
HAUSELMAN & RAPPIN       NOTICE ONLY      NOT FILED          .00           .00
D PATRICK MULLARKEY      NOTICE ONLY      NOT FILED          .00           .00
INTERNAL REVENUE SERVICE NOTICE ONLY      NOT FILED          .00           .00
UNITED STATES ATTORNEY   NOTICE ONLY      NOT FILED          .00           .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED          .00           .00
OXFORD MANAGEMENT SERVIC NOTICE ONLY      NOT FILED          .00           .00
AFFILIATED RADIOLOGISTS  UNSECURED        NOT FILED          .00           .00
AMERICAN GENERAL FINANCE UNSECURED        NOT FILED          .00           .00
AMERICAN GENERAL FINANCE NOTICE ONLY      NOT FILED          .00           .00
ARROW FINANCIAL          UNSECURED        NOT FILED          .00           .00
FREEDMAN ANSELO & LINDBE NOTICE ONLY      NOT FILED          .00           .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED          .00           .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY      NOT FILED          .00           .00
CITY OF CHICAGO PARKING  UNSECURED           180.00          .00           .00
LINEBARGER GOGGAN BLAIR  UNSECURED        NOT FILED          .00           .00
CITIBANK                 UNSECURED        NOT FILED          .00           .00
ARROW FINANCIAL SERVICES NOTICE ONLY      NOT FILED          .00           .00
FREEDMAN ANSELMO LINBERG NOTICE ONLY      NOT FILED          .00           .00
LANCE S MARTIN           NOTICE ONLY      NOT FILED          .00           .00
CROSS COUNTRY BANK       UNSECURED        NOT FILED          .00           .00
GENESIS CLINICAL LAB     UNSECURED        NOT FILED          .00           .00
GENESIS CLINICAL LABORAT NOTICE ONLY      NOT FILED          .00           .00
GENESIS CLINICAL LABORAT NOTICE ONLY      NOT FILED          .00           .00
TRI COUNTY ACCOUNTS      NOTICE ONLY      NOT FILED          .00           .00
GENESIS CLINICAL LAB     UNSECURED        NOT FILED          .00           .00
TRI COUNTY ACCOUNTS      NOTICE ONLY      NOT FILED          .00           .00
MACNEAL PHYSICIANS INC   UNSECURED        NOT FILED          .00           .00
I C COLLECTION SERVICE   NOTICE ONLY      NOT FILED          .00           .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 08163 LOUIS MARTINEZ & EVELYN G MARTINEZ

```
RX ACQUISITIONS LLC       UNSECURED           255.10              .00              .00
WHITEWING FINANCIAL       NOTICE ONLY    NOT FILED                .00              .00
MACNEAL HOSPITAL          UNSECURED      NOT FILED                .00              .00
I C COLLECTION SERVICE    NOTICE ONLY    NOT FILED                .00              .00
RX ACQUISITIONS LLC       UNSECURED           148.00              .00              .00
MEDICAL BUSINESS BUREAU   UNSECURED      NOT FILED                .00              .00
MERCY HOSPITAL MEDICAL C  UNSECURED      NOT FILED                .00              .00
MERCY HOSPITAL MEDICAL C  UNSECURED      NOT FILED                .00              .00
MERCY HOSPITAL MEDICAL C  UNSECURED      NOT FILED                .00              .00
ATG CREDIT LLC            NOTICE ONLY    NOT FILED                .00              .00
ATG CREDIT LLC            UNSECURED      NOT FILED                .00              .00
MERCY PHYSICIAN BILLING   UNSECURED      NOT FILED                .00              .00
MERCY PHYSICIAN BILLING   UNSECURED      NOT FILED                .00              .00
MERCY PHYSICIAN BILLING   UNSECURED      NOT FILED                .00              .00
RADIOLOGY PHYSICIANS      UNSECURED      NOT FILED                .00              .00
RIVERSIDE OB GYN          UNSECURED      NOT FILED                .00              .00
RIVERSIDE OB GYN          UNSECURED      NOT FILED                .00              .00
DEPENDON COLLECTION SERV  NOTICE ONLY    NOT FILED                .00              .00
ROBERT BECKER             UNSECURED           115.30              .00              .00
RUSH PRESBYTERIAN HOSPIT  UNSECURED      NOT FILED                .00              .00
RUSH PRESBYTERIAN HOSPIT  NOTICE ONLY    NOT FILED                .00              .00
RX ACQUISITIONS LLC       UNSECURED            27.52              .00              .00
ROUNDUP FUNDING LLC       UNSECURED           356.09              .00              .00
RISK MANAGEMENT ALTERNAT  NOTICE ONLY    NOT FILED                .00              .00
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED                .00              .00
UNIVERSITY HEAD & NECK A  UNSECURED      NOT FILED                .00              .00
US CELLULAR               UNSECURED      NOT FILED                .00              .00
AFNI INC                  NOTICE ONLY    NOT FILED                .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           255.91              .00              .00
NCO PORTFOLIO MANAGEMENT  NOTICE ONLY    NOT FILED                .00              .00
TIMOTHY K LIOU            DEBTOR ATTY           .00                                .00
TOM VAUGHN                TRUSTEE                                            1,900.21
DEBTOR REFUND             REFUND                                                   .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                31,790.00

PRIORITY                                          .00
SECURED                                     29,889.79
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         1,900.21
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                 31,790.00            31,790.00


              PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 08163 LOUIS MARTINEZ & EVELYN G MARTINEZ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE